Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Patricia Holcomb
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Home Land Security
Butte Silver Bow Co
task force
MT State Hwy Patrol
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Patricia Holcomb
   Street Address: 730 10th Ave W
   City and County: Kalispell, Flathead
   State and Zip Code: MT 59901
   Telephone Number: 206-253-9435
   E-mail Address: Snoozykey406@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Homeland Security Agent 1
- Job or Title (if known):
- Street Address:
- City and County: Kalispell, Flathead
- State and Zip Code: MT 59901
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: NW Taskforce Agent Anderson
- Job or Title (if known): Drug Agent
- Street Address:
- City and County: Kalispell, MT
- State and Zip Code: MT 59901
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: NW Task force Butte as
- Job or Title (if known):
- Street Address:
- City and County: Butte, Silver bow
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: MT Hwy Patrol
- Job or Title (if known): Male officer / Female officer / Steve haz
- Street Address:
- City and County: Butte Silver Bow
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Violation of Constutinal Rights_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _Patricia Holcoms_, is a citizen of the State of *(name)* _Montana_.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _Agent / Homeland Secut_, is a citizen of the State of *(name)* _Montana_. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1st - St Regis, I had just purchased a limo in Kellogg ID when bring back we were stopped about 5 miles outside of St Regis, The Driver was ordered to Roll Down the Back windows, The officer Argued that I the passenger was a suspect In Burglaryies & Trafficing Kalispell They were advised that I was being Investigated in Kalispell I asked them how they even knew I was See Back.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

#1 They sized my cell phone w/ No warrent & have kept it since Nov 29 No warrent I+ has My Back is Injured. Loss of 1400 cell

#2 They sized my 2nd Iphone April 9+24 They have Damaged my life greatly I am unable to Answer my work Appointments Do Banking Defend myself In court I cant Do any Buisness with Banking on my Keys

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My Back was Injured they violated my Rights After Amentents I am Requsting Both phones Iphones Back Immediely & no warren Is Issued for them I am Requsting Damages to be paid

#1 In Amount $ of $5000 for tows, Broken Ipad 900 $5000 cash missing not Reported 300 for Ride Back To Kalispell Cost of new phone 1200 Broken taillight on pick up $600 for moving vehicles w/o permishes Loss of Buisness Due to No phone Locked out of Security Savings 5000 & Back Injury 1 million Dollars totals 1048400

# Incident #1

In Lime they told me they suspected me of armed Robbery I told them I was calling 911 to verify they were police The officer Reached into the Limo & Ripped my phone out of my hands & Refused to give it back I told them I wanted to call a lawyer they Refused After I told them they could not search they had 2 officers get into the front seat of Limo to viedo w/ them Both I had a panic attack they called an ambulance The pulled me out of Limo with Backarched as they pulled my Arms up. they put me in Ambulance & Female officer got in Abulsleve & grappled my front. They Impounded my Limo Not Allowing us to have our phones, Money-Cash or Jackets We were Draped off miles from Home In Freeing Now The Driver of my truck was pulled over we did not know because we couldn't see him for miles they took my truck too, 2 days Later I called Asked if I could get my phone or Vehicles Back they offered to give my phone Back if I gave them my passwords. I Advise No when I was being pulled from Limo my Back was Inj I got Limo & my truck back 2 days later missing 5000 cash from my Limo truck & Limo towed to missoula without my permission I was charged an additional 5000 to get Both out of Impand

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ Damages Due to Loss of work, property, money, physical Damages & penalty

$ 4,121,400.00

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

#1. St Regis MT
#2. Butte MT

B. What date and approximate time did the events giving rise to your claim(s) occur?

on or about Nov 28st 2023 1:30pm
April 9th 12 noon

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/25/24

Signature of Plaintiff

Printed Name of Plaintiff   Patricia m Held

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/25/24

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: Patricia Holcomb

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Incident #2                                             Attach #1

I was driving to Butte MT from Salt Lake went to visit the temple since I am mormon on this trip we were stopped 4X the last time we were followed over 25 mles I was stopped supposly for Running a Stop sign but the officer Changed it to stopping Past the stop line Illigal stop I had to go to the Bathroom they Refuse to let me so I peed my pants I was Recording them when they the female officer Ripped my phone out of my Hand I have Demanded my phone Back This officer female stole my phono No Recipt took me to jail stripped serch while w/ her Body cam on. She gave my phone to task force in Butte they gave it to task force in Kalispell he gave it to Homeland Security I have Demanded my phone Back several times they Refus & Claiming No warrant needed the phone has been in there possitions for 3 months w/ no warrant

Incident #2    Atteh #2

Requesting NO warrent to be Issue for Phone & Return Immediaty of Iphone
Pay plantiff for tow fee's In Butte
$400 — pay for service Dog fee'7
a telling family Dog was found Warden
Butte. $100 pound 1000 for frauing
Humilladaes for making me pee my pants
$5000 taking me to jail, Refusing
to let me call family or Lawyer 10,000
Strip searching by state troupper who
stole my phone while I recorded her
& had Body cam on while striping
me off the jail stewing my phone
1 million
Loss of Buisshoes & Being locked out
Because no one could contact me
Loss of Buisness Reputtion 160,000
Almost Losing my Home Devistaly
100,000,00 $

I am asking that I am

1) Awarded 3,121,400 IN Both Damages & Penutive Damges for Vilocation of Rights under the Color of LAW Humiliation Loss of Property

2) Also Requesting Return of 2 Iphones Immedcally & No warrent Be Issued for Broken Chain of Custody & Theft

3) No warrent to be Issued

4) No Contact From MT Hwy patrol Tuskfoiro or Homeland Due to Harrasment & consperay to Viloate Right under Color of Law my Rights were vilolele 1st 4th 5th

5) Butte Silver Bow County Refused me medical Treatment an addita $180,000,000

2. MT State Hwy Patrol
Officer #1 Male #2 Female 3 Steve Mangan

3.