IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA MARIE HOLCOMB,<br><br>Plaintiff,<br><br>vs.<br><br>HOMELAND SECURITY, et al.,<br><br>Defendants. | CV 24–112–M–DWM<br><br><br><br>ORDER |

On July 25, 2024, Plaintiff Patricia Marie Holcomb filed a civil rights complaint, alleging her constitutional rights were violated during a traffic stop that occurred near St. Regis, Montana in November 2023. (*See* Doc. 2.) On November 26, 2024, the Clerk was directed to serve the defendants for which Holcomb had provided sufficient information to effectuate service. (*See* Doc. 10.) Since then, three motions to dismiss have been filed. (*See* Docs. 13, 17, 19). To date, Holcomb has not responded to those motions or otherwise filed anything with the Court.

Accordingly, IT IS ORDERED that Holcomb must file her response in opposition, if any, to all three motions on or before **March 27, 2025**. If she fails to do so, the Court may resolve the pending motion on the merits with no further

1

notice to Holcomb. Alternatively, the case may be dismissed for failure to prosecute with no further notice to Holcomb. *See* Fed. R. Civ. P. 41(b).

IT IS FURTHER ORDERED that pursuant to the Court's November 26, 2024 Order, (*see* Doc. 10), the Clerk is directed to terminate the following defendants from this action: Butte Silver Bow County Jail, Female Booking Officer; Northeast Drug Task Force; NW Task Force Butte Office; Male Officer; and Female Officer.

DATED this 6th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court