IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA MARIE HOLCOMB, <br><br> Plaintiff, <br><br> vs. <br><br> HOMELAND SECURITY, et al., <br><br> Defendants. | CV 24-112-M-DWM <br><br> JUDGMENT |

    This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 28, 2025, (Doc. 23), this action is DISMISSED. Judgment is entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 28th day of March, 2025.

                                          TYLER P. GILMAN, CLERK

                                          /s/ Tyler P. Gilman